**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**RAQUEL CONTRERAS,**
**INDIVIDUALLY AND AS NEXT**
**FRIEND OF M.C. III, A MINOR;**

    *Plaintiff,*

v.                                              Case No. SA-20-CV-00137-JKP

**WAL-MART STORES TEXAS, LLC,**
**WALMART, INC., WAL-MART REAL**
**ESTATE BUSINESS TRUST,**

    *Defendants.*

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal responding to the Court's order to show cause (ECF No. 39) and stating they wish to dismiss this cause for lack of subject matter jurisdiction. *ECF No. 40*.

Based upon the stipulation of dismissal and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this action is **DISMISSED** without prejudice and without costs to any party.

IT IS FURTHER ORDERED the referral to the Magistrate Judge is WITHDRAWN.

IT IS FURTHER ORDERED any pending motions are DENIED as moot.

IT IS FURTHER ORDERED the Show Cause Hearing set for March 26, 2021, before the Honorable Richard B. Farrer is CANCELLED.

The Clerk of Court is directed to close the case.

**It is so ORDERED this 9th day of March 2021.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**